*E-filed 8/7/07*

1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTIN S. OKUNEV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director of California Service Center, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-0417 HRL<br><br>STIPULATION TO BRIEFING SCHEDULE ON CROSS-MOTION FOR SUMMARY JUDGMENT AND ORDER |

On July 11, 2007, the Court denied Defendants' motion to dismiss. Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

　　Cross Motions for Summary Judgment due:　　　　September 11, 2007

　　Oppositions:　　　　　　　　　　　　　　　　　　October 2, 2007

　　Hearing:　　　　　　　　　　　　　　　　　　　　October 23, 2007, at 10:00 a.m.

///

Stipulation to Schedule
C07-0417 HRL　　　　　　　　　　　1

1
2  Dated: August 2, 2007                           Respectfully submitted,
3                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
4
5                                                         /s/
                                                   ILA C. DEISS
                                                   Assistant United States Attorney
6                                                  Attorneys for Defendants
7
8
9  Date: August 3, 2007                                   /s/
                                                   KONSTANTIN S. OKUNEV
                                                   *Pro Se*
10
11
12                          **ORDER**
13      Pursuant to stipulation, IT IS SO ORDERED.
14
15
16  Date: 8/7/07
                                                   HOWARD R. LLOYD
17                                                 United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Schedule
C07-0417 HRL                          2