SCOTT N. SCHOOLS, SC SBN 9990  *E-filed 8/29/07*
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONSTANTIN S. OKUNEV, | ) No. C 07-0417 HRL |
|           Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director of California Service Center, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) **ORDER** |
|           Defendants. | ) |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiff's applications for adjustment of status.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0417 HRL                          1

1 | Dated: August 28, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney
3 |
4 | | _____/s/_____
  | | ILA C. DEISS
5 | | Assistant United States Attorney
  | | Attorneys for Defendants
6 |
7 |
8 | Dated: August 28, 2007 | _____/s/_____
  | | KONSTANTIN S. OKUNEV
  | | *Pro Se*
9 |
10 | | **ORDER**
11 |
12 | Pursuant to stipulation, IT IS SO ORDERED.
13 |
14 | Dated: 8/29/07 | _____
  | | HOWARD R. LLOYD
  | | United States Magistrate Judge

Stipulation to Dismiss
C07-0417 HRL                                2